**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **MARIA C. PIZANO** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | **CIVIL ACTION NO. 7:24-cv-21** |
| **et al** | § | |
| **Defendants** | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE US DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties hereby stipulate to the dismissal of this case, with prejudice.

Respectfully Submitted:

By:/s/Sergio S. Garza
    Sergio S. Garza
    Federal ID No. 3411662
    State Bar No. 24105988
    Email: sergio@sergio.law
    **SERGIO S. GARZA LAW FIRM, PLLC**
    809 E. Esperanza Ave., Ste. A
    McAllen, Texas 78501
    Telephone: (956) 540-7076
    *ATTORNEY IN CHARGE FOR PLAINTIFF*

By:/s/Susan Sullivan
    Susan Sullivan
    Federal ID No. 13144
    State Bar No. 11546700
    Email: ssullivan@atlashall.com
    **ATLAS, HALL & RODRIGUEZ, LLP**
    P. O. Box 3725
    McAllen, Texas 78502
    Tel: (956) 682-5501
    Fax: (956) 686-6109
    *ATTORNEY IN CHARGE FOR DEFENDANT*

Of Counsel:
Samantha Garza
Federal ID No. 3866741
State Bar No. 24134092
Email: sgarza@atlashall.com
**ATLAS, HALL & RODRIGUEZ, LLP**
P. O. Box 3725
818 W. Pecan Blvd. (78501)
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record in compliance with the Federal Rules of Civil Procedure on August 18, 2025:

Sergio S. Garza
Email: sergio@sergio.law
**SERGIO S. GARZA LAW FIRM, PLLC**
809 E. Esperanza Ave., Ste. A
McAllen, Texas 78501

/s/*Susan Sullivan*
Susan Sullivan